UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| D-LINK SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RATES TECHNOLOGY INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: SACV07-0144 AHS (RNBx)<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BASED ON STIPULATION |

Based on the joint stipulation submitted by Plaintiff and counterdefendant D-Link Systems, Inc., counterdefendant D-Link Corporation and defendant and counterclaimant Rates Technology Inc., and good cause appearing therefrom,

IT IS HEREBY ORDERED THAT:

This entire action, including but not limited to the complaint, counterclaims, and all defenses asserted therein, be and hereby is dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

Dated: January 23, 2008.

                                             **ALICEMARIE H. STOTLER**
                                             Honorable Alicemarie H. Stotler
                                             United States District Judge

DOCSLA-15624130.1